IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| RACHEL DIANNA GUESS, : | |
| : | |
| Plaintiff/Petitioner, : | |
| : | CASE NO. _____ |
| SAMUEL FLEMING, SARAH C. LEWAN, : | |
| JOSHUA C. FLEMING, JULIA E. : | |
| FLEMING and DOUGLAS R. JOHNSON, : | |
| Chapter 7 Trustee for the Estate of ROBERT : | |
| D. FLEMING, : | |
| : | |
| Respondents, : | |
| v. : | |
| : | |
| ROBERT H. FLEMING, Jr., individually, and : | |
| as trustee of ROBERT H. FLEMING, JR. : | |
| REVOCABLE TRUST, : | |
| : | |
| Defendants/Respondents. : | |

## NOTICE OF REMOVAL

1.  Douglas R. Johnson, Chapter 7 Trustee ("Trustee") for the Estate of Robert D. Fleming ("Debtor"), as well as Samuel Fleming, pursuant to 28 U.S.C. § 1452, remove this civil action to the United States District Court for the Eastern District of Tennessee, Southern Division,[1] from the Chancery Court of Sequatchie County, Tennessee.

---

[1] There is authority that it is permissible to remove this action to the Bankruptcy Court of this District. *In re Heinsohn*, 231 B.R. 48, 56 n.6 (Bankr. E.D. Tenn. 1999), aff'd, 247 B.R. 237 (E.D. Tenn. 2000). The matter is yet to be addressed by the Sixth Circuit. *Meritage Homes Corp. v. JPMorgan Chase Bank, N.A.*, 474 B.R. 526, 534 (Bankr. S.D. Ohio 2012). But it is unquestionably permissible to remove the matter to the district court. 28 U.S.C. § 1452(a) (stating that removal is "to the district court"); *Cook v. Cook*, 215 B.R. 975, 977 n.1 (Bankr. E.D. Mich. 1997) (describing removal to the bankruptcy court, rather than the district court, as a "technical error"). Trustee and Samuel Fleming thus remove to this Court, and request that the Court refer the matter to the Bankruptcy Court.

## BACKGROUND

2. This case is about the ownership of a 1958 Mercedes 300SL Roadster and accessories, VIN # 1980428500111 ("the Mercedes"), and misconduct by Robert H. Fleming, Jr. regarding the Mercedes.

3. On July 27, 2021, Plaintiff Rachel Dianna Guess filed a Complaint against Robert H. Fleming, Jr. in Sequatchie County Chancery Court, Case No. 21-CV-2628, alleging conversion of the Mercedes. Compl. ¶¶ 18-21. She filed an amended complaint on November 18, 2022, asserting new claims of fraud and fraudulent conveyance, also identifying Robert H. Fleming, Jr. as trustee of his revocable trust. Am. Compl. ¶¶ 24-36.

4. On December 21, 2023, Plaintiff/Petitioner Rachel Dianna Guess filed a Second Amended Complaint—the currently operative complaint. It identified Trustee as a party for the first time. It also asserted, for the first time, a claim involving property in which the Debtor has an interest, specifically an action for partition of personal property under Tenn. Code Ann. § 29-27-105(a). *See* Second Am. Compl. ¶¶ 42-44.

5. Debtor was a buyer in a contract for the sale of the Mercedes from his grandfather, Robert H. Fleming, Sr. *Id.* ¶ 12. The other buyers were Robert H. Fleming Jr. and his wife Ruth (now deceased), as well as Debtor's five siblings: Rachel Dianna Guess, Samuel Fleming, Sarah C. Lewan, Joshua C. Fleming, and Julia E. Fleming. *Id.* ¶¶ 7, 12. Consequently, the Second Amended Complaint identifies Samuel Fleming, Sarah C. Lewan, Joshua C. Fleming, and Julia E. Fleming as Respondents to the partition action alongside Trustee.

6. Attached hereto as **Exhibit A** please find a copy of all process, pleadings, motions, responses, and orders in this matter.

7. Should Plaintiff move to remand this case, an opportunity to respond more fully in writing is requested.

## JURISDICTION

8. Removal of this case is authorized by 28 U.S.C. § 1452.

9. This court has original jurisdiction of this case pursuant to 28 U.S.C. § 1334(b), as this case is related to cases under title 11. This is a non-core proceeding.

10. This removal is timely, as it is within thirty days of the filing of Second Amended Complaint on December 21, 2023, which asserted for the first time a claim or cause of action implicating the Debtor's interests in the Mercedes.

11. The Trustee and Samuel Fleming, consent to this removal and to the entry of final orders or judgment by the bankruptcy court.

## GROUNDS FOR REMOVAL

12. This case involves an action in which Debtor's interest in personal property of substantial value—the Mercedes—will be adjudicated. Second Am. Compl. ¶ 43. Furthermore, Tenn. Code Ann. § 29-27-105(a) authorizes a court-ordered sale and distribution of the proceeds, which will include Debtor's partial interest pursuant to the contract for the sale of the Mercedes from his grandfather. *Id.* ¶ 42-44.

13. The Debtor's interest in the Mercedes is a significant asset in the Debtor's estate, therefore the procedure and outcome of this suit will significantly impact the administration of the bankruptcy estate, *In re Fleming, Robert David*, Case No. 1:23-BK-11515-NWW.

## CONCLUSION

14. Pursuant to 28 U.S.C. § 1452, the Trustee and Samuel Fleming remove this case to this Court.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: /s/ Nathan L. Kinard

    Nathan L. Kinard, BPR No. 035721
    Jeffrey W. Maddux, BPR No. 027394
605 Chestnut Street, Suite 1700
Chattanooga, Tennessee 37450
Telephone: (423) 756-3000
Facsimile: (423) 508-0231
*Attorneys for Rachel Dianna Guess, Samuel C. Fleming, and Special Counsel for the Estate of Robert D. Fleming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by electronic mail or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following:

| | |
|---|---|
| Michael M. Thomas<br>THOMAS & THOMAS<br>One Park Place<br>6148 Lee Hwy., Ste. 115<br>Chattanooga, TN 37421<br>mthomas@twtlawfirm.com<br>*Attorney for Defendant Robert H. Fleming, Jr., individually, and as trustee of Robert H. Fleming, Jr. Revocable Trust* | Joshua C. Fleming<br>221 Hope Lane<br>Dunlap, TN 37327<br><br>Julia E. Fleming<br>221 Hope Lane<br>Dunlap, TN 37327<br><br>Sarah C. Lewan<br>107 Stooping Oak Rd.<br>Dunlap TN 37327 |

This 19th day of January, 2024.

By: /s/ Nathan L. Kinard
    Nathan L. Kinard